UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL TAVERNIER, et al.,<br><br>                      Plaintiff,<br><br>         v.<br><br>FCA US, LLC,<br><br>                      Defendant. | No.  2:23-cv-00889-DAD-CKD<br><br>ORDER GIVING EFFECT TO STIPULATION RESOLVING ATTORNEYS' FEES AND COSTS<br><br>(Doc. No. 21) |

On October 16, 2023, following plaintiff's acceptance of defendant's Federal Rule of Civil Procedure 68 offer of judgment, the court directed the Clerk of the Court to enter judgment in favor of plaintiff and against defendant in the amount of $166,777.32, plus reasonable attorneys' fees and costs. (Doc. No. 15.)  At the time, the parties were still negotiating with respect to attorneys' fees and costs, and were considering either filing a noticed motion so that the court could determine the appropriate attorneys' fees and costs or resolving that issue themselves.  (*Id.*)

Subsequently, on February 8, 2024, the parties filed a stipulation, agreeing that to resolve the issue of attorneys' fees and costs, defendant would pay plaintiff's counsel $14,500 by no later than April 2, 2024. (Doc. No. 21 at 2.)   The court will adopt the parties' stipulation in this regard.

/////

1

Accordingly,

1. Defendant shall pay plaintiff's counsel $14,500 in attorneys' fees and costs no later than April 2, 2024; and

2. Within ten (10) days of the payment as ordered, plaintiff shall file dispositional documents.

IT IS SO ORDERED.

Dated: **February 9, 2024**

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES DISTRICT JUDGE